```
 1   IN THE US DISTRICT COURT
 2         OF OREGON
 3
 4   Michael Spengler Jr.
 5   #3984203
 6   T.T.C.F.
 7   450 Bauchet Street
 8   Los Angeles, CA 90012        Plaintiff in proper
 9
10   Michael Spengler Jr.      }  CASE#
11        vs.                  }
12   Wells Fargo Bank N.A., and}  3:20-CV-1010-SB
13   Seterus Inc.              }  (NEW)
14   ─────────────────────────}
15                                6/13/20
16   Jurisdiction/Venue:
17   This is a civil action authorized by
18   28 USC 1332 because of diversity-
19   The amount of money in question is
20   over $75,000.00. These principal
21   places of businesses and injuries
22   occured in the Great State of Oregon.
23   Applicable injunctive 28 USC 2283/2284 +state law
24   claims under 28 USC section 1367 apply.
25   These are all state torts. + - 28 USC 1391(b)(2)
26   Most events giving rise to claims occured here.
27   +Giving forum non conveniens to Defendants
28   in Oregon
```

2

1  PARTIES:
2
3  1) PLAINTIFF: Michael Spengler,
4  a pretrial detainee pro-per at TTCF
5  (Jail Facility Los Angeles) but owner/inheritee
6  of probate/property estate Michael Spengler
7  SR: 850 W. Foothill Blvd #27 Azusa, CA 91702
8  Jump Connection (party rentals) Assets 1 Bank $
9  Linked $250,000-450,000 Home
10
11  2) DEFENDANT'S:        #1
12*    Wells Fargo Bank N.A.
13     Portland, Oregon
14  Mailing: 1900 SW 5th Ave.
15  Act. # 1865404162, 3444107969, 2348918299, $50-75,000
16  3) Defendant #2
17     Wells Fargo Bank N.A.
18     Attn: Probate   Act# 631998 $35,000
19     1 Home Campus MAC# F2303-020
20     Des Moines, IA  50328
21  4) Defendant #3
22     Wells Fargo Bank N.A.
23     Phoenix, AZ           $17,000 # 6234186/9/
24  Mailing- 3002 N. Central Ave.   9670·18
25* 5) Defendant #4
26     Seterus Inc.
27     14523 S.W. Milliken Way #200
28     Beaverton, OR 97005   # 11688142 #250-450,000

1
2  FACTS:
3
4  FROM 2016-2018+
5
6  ON 6/20/16 My FAther Michael Spengler
7  SR. Died, owner of 850 W. FOOTHill
8  Blvd. #27 Azusa, CA 91702-
9  "Jump Connection" party rentals -
10  Died 6/20/16 Azusa, CA
11
12  IT's Assets, its BANK ACCOUNTS, it's
13  Attached Additional $250-$450,000 home/
14  property, were All transfered to me by
15  way of court proceedings + probate laws.
16
17  THE court + its parties properly Notified Defendants
18  of its proceedings, standing, Address
19  change, etc. - Nonetheless, Plaintiffs
20  Accounts were Defrauded by Forcery +
21  Fraud by people who broke in the property
22  Stole + used our checks/ATM/phone + computer
23  That wellsFArgo has improperly charged
24  Plaintiff/JC. For + continues to.
25  Causing damages to the loss of
26  his business + home Foreclosure/Forfeiture
27  (contributed in part by the Title owner seterus)
28  because of the loss of Plaintiff Not having money

4

1  <u>1st CAUSE OF ACTION</u>                    / state tort
2  AGAINST Wells FARGO BANK N.A.  #1, #2, + #3
3  complaint for monetary damages to
4  recover monetary amounts improperly
5  charged/deposited + charged into the accounts
6  without drawer's signature + forced endorsement
7  civ. code 1714(a), 3333, 3302, Com code 4103(a)
8  , 3401-3406 + 3205)
9
10 DEFENDANT:
11 Wells FARGO is Authorized to charge the account
12 for checks/deposits in Accordance with the
13 signature card + instructions + laws Governing
14 checks/deposits/checking accounts.
15 "Withdrawls" from those accounts are only
16 permited from the account bearing the proper
17 signature of Michael Spencler / Jump Connection
18
19 Throughout 2016-2018 Fraudulent checks in the
20 amount of what appears to be what
21 began at a begining balance of $50,000
22 ended in a zero balance. There also
23 appears to be a large # unauthorized/
24 Forced checks, of employment benefits totaling $25,000 deposited
25 thru ATM (bearing a fraudulent signature)
26 later withdrawn or electronically
27 transfered.
28

5

1. (These are the Oregon jurisdiction "accounts")

4. These payments drawn from Jump Connection (these 3/plaintiffs + his Dad's/estate) accounts purport to be that of "us" but are in fact forged/fraudulent by unauthorized persons & presented to Defendant for payment. The purpated drawers signature was made without JumpConnections knowledge. A business+account although in my Dad's name: Michael Spencler SR, WAS transferred to me (plaintiff) who has standing then + now. Defendants payment of the checks & consequent charges to plaintiffs/J.C.'s account are contrary to the card, the account & checking/bank agreement of the parties & laws governing checks & accounts.

20. An additional $16,000 payment was given by Defendants to a Michelle J. Waggoner I believe, on "papers" & similiar circumstances bearing the signature/authority of Michael Spencler/J.C. for payment. This is the Arizona credit claim. - This too is contrary to the aforementioned.

1. A somekind of LINE OF EQUITY credit card.
2. Linked to these accounts (Oregon) (given by Iowa)
3. was sent to the property $ mentioning/
4. incorporating the aforementioned -
5. was misused by John/Jane Does totalling
6. $35,000 in which bearing the "card" $
7. purporting that to be plaintiff/
8. J.C. / Michael Spengler - made charges
9. to the account. These charges are
10. contrary to the laws & agreement governing
11. the card because they were done without
12. JC/Spengler's : (A) knowledge, (B)
13. authorization, (C) or proper signature
14. (in person card signature, etc.)
15.
16. Since then... prior to the commencement
17. of this action, plaintiff has worked
18. diligently demanding that Wells Fargo
19. Bank remove it's (2) $16,000 & $35,000
20. fraudulent/improper creditor claims & liens (exparte/
21. non judicial) from my property, to prosecute
22. the defendants thru the standard Wells
23. Fargo & police procedures, & replace/recredit
24. plaintiffs/JC's $50-75,000 account that
25. it has & refuses to still do so - by
26. the foregoing there is now, due
27. owing, unpaid money from defendant.
28. _____

7

1 — 2ND CAUSE OF ACTION —
2   GENERAL NEGLIGENCE   State tort
3   VS. WELLS FARGO BANK N.A.   DEFENDANTS:
4   #1, #2, & #3
5
6   INCORPORATING 1st CAUSE OF ACTION —
7
8   DEFENDANT(S) OWING its customer:
9   JUMP CONNECTION AN OBVIOUS LEGAL
10  DUTY OF CARE IN OPERATING, MANAGING,
11  CONTROLLING IT'S CHECK PROCESSING
12  & SIGNATURE VERIFICATION FUNCTIONS, possibly
13  suspicious circumstances indicative of FRAUD
14  . DEFENDANTS CAUSED UNAUTHORIZED
15  checks, charges to be charged to
16  Jump Connection/plaintiff's ACCOUNT.
17  AS a result: DEFENDANTS DAMAGED
18  PLAINTIFF: PLAINTIFF lost his assets/
19  HOME by WAY OF FORECLOSURE & FORFEITURE
20  because he had NO FUNDS to pay them.
21  Because of DEFENDANTS REFUSAL
22  to repay them, squash the 2 liens/
23  claims by FRAUDULENT use.
24                    → principal place of business/
25  WF BANK IN OREGON where MOST OF
26  the $ Action resides CAN EASILY coordinate
27  with its sublets AZ/IOWA — Oregon is
28  WF principal place of business & on statements

8

1  3rd Cause of Action
2      Breach of Contract  state tort
3  Against Defendants: Wells Fargo Bank
4  N.A. #1, #2, & #3 –
5
6  Incorporating Cause of actions 1 + 2
7  Facts + legal arguement:
8
9  A payor Bank (Defendants) – ? a customer
10 plaintiff/J.C. is that of a Debtor &
11 creditor – being founded on a agreement;
12 A contract. The bank (Defendants)
13 under a Duty – can only pay checks,
14 payments, etc. in strict accordance
15 with the customer's order. The
16 bank is without Authority & breaches
17 its contract by charging its customers
18 accounts with an authorized order.
19
20 A "contract" that the Bank(s)
21 will not pay out funds on a
22 Forged, Fraudulent, or unauthorized
23 endorsements –
24
25 Thus... Defendants breached its
26 contract to JC/plaintiff in issuing
27 payments contrary to the Agreement
28 that it would not pay out improper payments

-9-

1. 4TH CAUSE OF ACTION - state tort:
2. FRAUD/deceit: Wells FARGO BANK
3. N.A. #1, #2, #3, AND #4 Seterus INC.
4.
5. ON or Around 3/22/17 & 6/22/17
6. Defendant Wells FARGO BANK N.A.
7. #1, #2, #3 submited crediter claims
8. For those (2) $16,000 & $35,000 actions
9. (Aforementioned) to the probate courts
10. claiming:
11. A) Plaintiff was properly serviced
12. & accepted the proof of service &
13. B) He owed this money, however:
14. The court rejected them.
15.
16. Defendants not only exparte improperly
17. & fraudulently serviced petitioner/plaintiff
18. at A egregiously incorrect obvious incorrect
19. Address, Fraudulently said he signed/accepted,
20. but these "claims" were not judicially
21. Approved. Defendant 1-3 banks presented
22. them to seterus Inc. Title/loan holder
23. of the Estate's property under False
24. pretences/misrepresentations that
25. they were judicially approved.
26.
27.
28.

1. with the intention to Attach them
2. improperly as liens to the property:
3. 850 W FOOTHill Blvd Pits house - 992 Gothic Way-
4. Seterus INC (a sub company of Fannie Mae)
5. holds Title of.
6.
7. At the time 2017 June & into Feb.
8. 2018 when Wellsfargo made these
9. to Seterus, Seterus was not ignorant
10. of these facts and began the
11. foreclosure on the house/property.
12.
13. Seterus paid Wellsfargo Bank Iowa
14. it's $35,000 lien/credit claim over
15. petitioners objection because:
16. ① it was exparte, & non approved
17. ② The $16,000 Arizona still remains
18.    unpaid & from papers plaintiff
19.    has in his possession, it appears
20.    it too was a lien, but its payment
21.    from Seterus failed, but remains unpaid
22.
23. - Plaintiff demands his $35,000 (&$16,000)
24. repaid because fraud/deciet &
25. similar egregious practices are
26. exemplary & intolerable -
27.
28.

1  - FRAUD part #2-
2    DEFENDANTS 1-4-
3
4    FACTS: THE PAYMENT ON THE Property
5    WAS $1800/MONTH- THE BANK ACCOUNTS
6    NOT ONLY HAD plenty of MONEY in them
7    at the time of it's NOTIFICATION to
8    both seterus & wellsFARGO JUNE 2016
9    OF his DEATH, court proceedings & plaintiffs
10   standing; coupled with employment
11   benefits Deposited into the ACCOUNTS-
12   AND per customer Agreement: The
13   accounts were setup on AUTOPAY to
14   seterus on the House/building payment.
15
16   DEFENDANTS MADE representations
17   to THE ESTATE & TO PLAINTIFF:
18 A) Wells FARGO: would remedy the creditor
19   CLAIMS (2017)
20 B) Wells FARGO would remedy (2016 & 2018)
21   THE accounts of unauthorized
22   transactions so that plaintiff
23   could restore his FUNDS & AUTOPAY
24   & Not loose his property to seterus
25 C) seterus recognized plaintiffs
26   standing, the court proceedings
27   , & the Monetary bank issues
28

12

1  * because of court delays: date
2  /hearing dates; the stay & hold on
3  the home & the pending probate -
4  & title transfer, etc.

5  It would not foreclose - but did -

7  d) *recoged [severus] plaintiffs complaint on the liens-
8
9  said that it would not recognize them
10 but did-

12  *every step of the foreclosure &
13  lien process, severus interfered & was
14  uncooperative.

16 As a result :
17 #5 cause of action - against
18 defendants 1-4 - other real property: state tort
19 including a wrongful eviction (incorporating
20 cause of action 4) & foreclosure -

22 #6 cause of action def's 1-4   state tort
23 intentional infliction of emotional
24 distress - defendants actions
25 have hurt petitioner, causing him
26 anguish, mental & physical multiple sclerosis pain
27 - plaintiff prays for ADR & punitive/monetary according to proof $ max by law
28 I declare under penalty of perjury the foregoing is true & correct -
   M Spengler 6/13/20  ms